1 | MATTHEW D. ZINN (SBN 214587)
LAURA D. BEATON (SBN 294466)
2 | SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
3 | San Francisco, CA 94102
Telephone:   (415) 552-7272
4 | Facsimile:   (415) 552-5816
zinn@smwlaw.com
5 | beaton@smwlaw.com

6 | JOHN P. DOERING, County Counsel
(SBN 148907)
7 | THOMAS E. BOZE, Assistant County Counsel
(SBN 209790)
8 | STANISLAUS COUNTY COUNSEL
1010 Tenth Street, Suite 6400
9 | Modesto, CA 95354
Telephone:   (209) 525-6376
10 | Facsimile:   (209) 525-4473

11 | Attorneys for Defendants
County of Stanislaus et al.

12

13 | **UNITED STATES DISTRICT COURT**

14 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15

16 | NICHOLAS HONCHARIW, TRUSTEE, HONCHARIW FAMILY TRUST,    Case No. 1:16-CV-01183-LJO-BAM

17 | Plaintiff,    **STIPULATION ~~AND [PROPOSED]~~ ORDER CONTINUING SCHEDULING CONFERENCE**

18 | v.

19 | COUNTY OF STANISLAUS; BOARD OF SUPERVISORS OF COUNTY OF
20 | STANISLAUS,

21 | Defendants.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), which allows a court to modify a conference schedule for good cause, Plaintiff Nicholas Honchariw, Trustee, Honchariw Family Trust and Defendants County of Stanislaus and Board of Supervisors of the County of Stanislaus ("Parties") hereby stipulate and request that this Court continue the Mandatory Scheduling Conference by at least 30 days.

The Mandatory Scheduling Conference is currently scheduled for November 16, 2016. This date requires the Parties to meet and confer by October 27, 2016 and file a Joint Scheduling Report by November 8, 2016. However, Defendants have moved to dismiss the case, and that motion will be heard on November 7, 2016. Resolution of this motion will inform the need for and scope of the conference between the Parties and the contents of the Joint Scheduling Report.

To reduce inefficiencies and the burden on the Parties and this Court, the Parties respectfully request that the Court order continue the Mandatory Scheduling Conference for at least 30 days. The Court's ruling on Defendants' Motion to Dismiss will either moot the need for the Parties to meet and confer or will inform the Parties' conference and preparation of a Joint Scheduling Report.

DATED: October 21, 2016         SHUTE, MIHALY & WEINBERGER LLP
                                JOHN P. DOERING, COUNTY COUNSEL


                                By:   /s/Matthew D. Zinn
                                      MATTHEW D. ZINN

                                Attorneys for Defendants
                                County of Stanislaus et al.

DATED: October 21, 2016         NICHOLAS HONCHARIW, TRUSTEE,
                                HONCHARIW FAMILY TRUST


                                By:   /s/Nicholas Honchariw (Authorized on 10/21/16)
                                      NICHOLAS HONCHARIW

                                Attorney for Plaintiff

**[PROPOSED] ORDER**

For good cause shown, the Mandatory Scheduling Conference scheduled for November 16, 2016, is continued to **Wednesday, December 21, 2016 at 9:00 AM** in courtroom 8 (BAM) before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **October 24, 2016**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE